FILED
2015 Mar-03 AM 09:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NANCY SMITH, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>CITY OF HUNTSVILLE, *et al.*, )<br>)<br>DEFENDANTS. ) | CASE NO.: 14: cv-555 AKK |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff, Nancy Smith, by and through her undersigned counsel of record, and requests the Defendant, City of Huntsville and/or individual Defendants, to make available for inspection and copying the following documents and records:

This Request for Production is intended to cover all documents in the possession of the Defendants or subject to their custody or control, wherever located.

This Request for Production shall be continuing in nature, as provided by the Federal Rules of Civil Procedure, requiring timely additions or supplements as further documents become available to the defendant, their agents, employees, accountants or attorneys.

As used in this Request, the terms "you" or "your" refer to the defendants and

*Smith v. City of Huntsville, et al*
*14-CV-555 AKK*
*Request for Production of Documents*
*Page 2 of 9*

to each and every person employed by or working under their supervision, direction or control and to its attorneys, accountants and agents.

As used in this Request, the term "document(s)" means any written or graphic matter which relates, concerns or pertains, directly or indirectly, to any and all matters involved in this litigation, including, but not limited to, correspondence, promissory notes, books, papers, records, contracts, invoices, drawings, flow charts, written specifications, memoranda, letters, reports, receipts, drafts, checks, advertisements, written reports of examinations, accounts, accounting, promotional material, books of accounts, worksheets, photographs, notes, computer printouts, computer software, computer programs, writings of any kind, copies of any of the foregoing, as meaning any information which is stored or carried electronically on computer tape, tape recordings, video tape or otherwise, and also meaning any information which is stored or carried on microfilm, microfiche or computer disk.

## DOCUMENTS TO BE PRODUCED

1. Complete Internal Affairs file on LIEUTENANT DEWAYNE MCCARVER, AGENT JULIAN JOHNSON, AGENT JAMES RUSHBROOK, AGENT TYLER BENSON, AGENT TONY MCELYEA, AGENT TESLA HUGHES, AGENT TERRY LUCAS, LIEUTENANT JIM

Smith v. City of Huntsville, et al
14-CV-555 AKK
Request for Production of Documents
Page 3 of 9

WINN, OFFICER EDDIE OAKS, INVESTIGATOR CHARLIE GRAY, OFFICER MARCUS HENDRIX, OFFICER WILLIAM MCDONALD, INVESTIGATOR MIA BRUCE, INVESTIGATOR TIMOTHY RAYSTER, INVESTIGATOR RICK HARRIS, INVESTIGATOR JASON CLANCE, SERGEANT JERRY KING, OFFICER JOHN CITRANO, OFFICER TAMMY PICKETT, SERGEANT JIM SMITH, INVESTIGATOR MICHAEL LEFTWITH, SERGEANT BURNIE STEOLHAM, AND INVESTIGATOR TIMOTHY ROYSTER with the City of Huntsville Police Department including, but not limited to, all records reflecting required training of said officers and records reflecting receipt of that training.

2. Any and all records, documents or writings showing any complaints against LIEUTENANT DEWAYNE MCCARVER, AGENT JULIAN JOHNSON, AGENT JAMES RUSHBROOK, AGENT TYLER BENSON, AGENT TONY MCELYEA, AGENT TESLA HUGHES, AGENT TERRY LUCAS, LIEUTENANT JIM WINN, OFFICER EDDIE OAKS, INVESTIGATOR CHARLIE GRAY, OFFICER MARCUS HENDRIX, OFFICER WILLIAM MCDONALD, INVESTIGATOR MIA BRUCE, INVESTIGATOR TIMOTHY RAYSTER, INVESTIGATOR RICK HARRIS,

*Smith v. City of Huntsville, et al*
*14-CV-555 AKK*
*Request for Production of Documents*
*Page 4 of 9*

INVESTIGATOR JASON CLANCE, SERGEANT JERRY KING, OFFICER JOHN CITRANO, OFFICER TAMMY PICKETT, SERGEANT JIM SMITH, INVESTIGATOR MICHAEL LEFTWITH, SERGEANT BURNIE STEOLHAM, AND INVESTIGATOR TIMOTHY ROYSTER by civilians or Huntsville Police Department personnel as well as the entirety of the investigation of the complaints. Said documents to include all statements, whether made orally or written, by any witnesses or supervisors; video tape of any witnesses, or records of phone calls to any such witnesses as well as any and all documents reflecting any and all disciplinary action taken against said Officers since they became employees of the Huntsville Police Department.

3. Any and all documents, memorandum, interoffice memorandums, reports, and/or writings touching in any way the incident on June 13, 2013 with Minor N.S. including, but not limited to, any and all arrest reports, incident reports, use of force reports, photographs, memorandum, supplemental reports and injury reports.

4. Any and all video and/or audio tape recording of any conversations regarding the incident with Minor N.S. on June 13, 2013. This request

Smith v. City of Huntsville, et al
14-CV-555 AKK
Request for Production of Documents
Page 5 of 9

specifically includes, but is not limited to, any conversations between Huntsville Police Department officers, citizens, other municipalities/counties, informants, etc.

5. Any and all daily logs, "snitch sheets," and attendance records of any and all officers working on June 13, 2013 immediately before, during or after the incident with Minor N.S. at or near 2628 Trailway Road Huntsville, Alabama. This request includes dispatch logs concerning, referring to or relating to the incident, including those prepared at the time of the incident, prior to the incident, and subsequent to the incident with Minor N.S. on June 13, 2013.

6. Any and all "Field Logs" or equivalent documents for all personnel participating in or responding to the incident and/or the events which preceded and led to it; letters, notes, memoranda of telephone calls, or equivalent documents from the public to the city referring or relating to the incident; all investigative materials relating to the actions of any city personnel involved in the incident; and all tapes, recordings or audio prepared at the time of the incident, prior to the incident and subsequent to the incident with Minor N.S. on June 13, 2013.

Smith v. City of Huntsville, et al
14-CV-555 AKK
Request for Production of Documents
Page 6 of 9

7. Any and all records, reports, documents, or other writings relating to injuries sustained by any civilian during or as a result of an arrest conducted by any City of Huntsville Police Department Officer or other employee employed by the Huntsville Police Department.

8. Any and all records, reports, documents, investigations, finding, disciplinary actions, other investigatory information, or other writing or recordings relating to the use of minors as informants for the five (5) years preceding the incident on June 13, 2013.

9. Every document in the roll call desk book which makes reference to Plaintiff, Minor N.S. or the incident referred to in Plaintiff's Complaint, whether specifically mentioned by name or not.

10. Any and all documents relating or referring to the Huntsville City Police Department's policy and or practice of payment of, or indemnification of, punitive damages awards, and/or compensatory damage awards against Huntsville Police Department members, including police officers.

11. Any recordings, by audiotape or videotape, which include radio transmissions from or to any of the Huntsville Police Department vehicles or officers involved in the incident or present at the scene. This includes recordings of

Smith v. City of Huntsville, et al
14-CV-555 AKK
Request for Production of Documents
Page 7 of 9

    radio or computer transmissions that occurred at or near the time of the incident, and in any way concerned the incident or the officers involved therein.

12. Any recording, by audiotape or videotape, of any and all Internal Affairs Department statements, including but not limited to, written transcriptions and taped recordings touching in any way the incident on June 13, 2013 with Minor N.S..

13. Any and all notes, memorandum, recordings and documents taken from any and all persons interviewed as a result of this incident, whether officers of Birmingham Police Department or other individuals, or persons present immediately before, during or after the incident on June 13, 2013.

14. Any and all reports, complaints, investigations, statements, findings, or claims made against officers of the Huntsville Police Department for excessive force filed for the five (5) years preceding June 13, 2013.

15. Any and all certification documents either generated by the Huntsville Police Department or any certification department investigators regarding excessive force, complaints or determinations regarding the Huntsville Police Department for the five (5) years preceding June 13, 2013.

*Smith v. City of Huntsville, et al*
*14-CV-555 AKK*
*Request for Production of Documents*
*Page 8 of 9*

16. Complete "Annual Analysis of the Use of Force and Statement Reports" from the year 2008 to the date of the date of the incident on June 13, 2013.

17. Any and all "Notice of Claims" filed by citizens alleging excessive use of force by a Birmingham Police Officer filed with the City of Birmingham for the five (5) years preceding the date of the incident on June 13, 2013.

18. The complete City of Huntsville Police Department Rules and Regulations/Policies and Procedures Manual and/or procedure in effect on June 13, 2013.

19. Any and all directives, policies, rules, forms, and/or regulations regarding the use of confidential informants and/or the procedure for the use of minors as confidential informants.

20. Any and all records, reports, documents, writings, statements or recordings surrounding the initiation of any investigation leading up to the arrest of Minor N.S. on June 13, 2013.

Respectfully Submitted,

*s/Alyson H. Rains*
**ALYSON HOOD RAINS (HOO014)**

*Smith v. City of Huntsville, et al*
*14-CV-555 AKK*
*Request for Production of Documents*
*Page 9 of 9*

                 *s/Brett M. Bloomston*
                 **BRETT M. BLOOMSTON (BLO009)**

                 *s/Joseph J. Basgier, III*
                 **JOSEPH J. BASGIER, III (BAS019)**

                 Bloomston & Basgier
                 2151 Highland Avenue South Suite 310
                 Birmingham, Alabama 35205
                 (205) 212-9700

                 *Wendy Brooks Crew*
                 **WENDY BROOKS CREW (CRE009)**

                 Crew Gentle Law Firm
                 2001 Park Place N. Ste. 550
                 Birmingham, AL 35203
                 (205) 326-3555

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record this the 13th day of October, 2014.

                           */s/ Alyson H. Rains*