FILED
2015 Mar-03 AM 09:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

## Reception

| | |
|---|---|
| **From:** | Alyson Rains |
| **Sent:** | Monday, March 02, 2015 4:37 PM |
| **To:** | Reception |
| **Subject:** | FW: Discovery Issues |

## *Alyson Hood Rains*

THE BLOOMSTON FIRM
2151 Highland Avenue S. Ste. 310
Birmingham, AL 35205
Telephone (205) 212-9700
Fax (205) 212-9701

The information in this e-mail and in any attachments are confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional, or other privilege, or may otherwise be protected by work product, immunity or other legal rules.
It must not be disclosed to any person without the sender's authority. If you are not the intended recipient, or are not authorized to receive it for the intended recipient, you are not authorized to, and must not, disclose, copy, distribute, or retain this message or any part of it.

**From:** Alyson Rains
**Sent:** Wednesday, December 03, 2014 12:00 PM
**To:** 'Allison Chandler'
**Subject:** Discovery Issues

Allison,

   Pursuant to our conversation this morning regarding outstanding discovery issues, we have reached the following agreement at this time: the City of Huntsville will provide the Personnel and Training files for both Agent Hughes and Agent Dean. Although we have requested all of the Defendants, we have not reached an agreement to those individuals and will file a Motion to Compel on those issues if necessary. Further, we have also agreed that the City of Huntsville will provide us with allegations and/or complaints of force made against HPD officers for the 5 years preceding the filing of the Complaint for the followings types of force: arms, legs, feet, elbows, or other force using a body part as well as mace. The City of Huntsville has agreed to provide, at the least, the initiating complaint and disposition. If we determine it is necessary to further request other types of force and/or investigatory documents to support our Failure to Investigate claim, we will address that in a Motion to Compel. Lastly, as we discussed, the City of Huntsville has sent additional documents responsive to our request that we are currently awaiting. Those documents include the statements of Paula Payton and Earnest Colin. After we review the updated discovery, we will contact you and discuss whether we will need to file a Motion to Compel. Please e-mail me if anything in this correspondence is not consistent with our discussion. Have a good day.

## *Alyson Hood Rains*

BLOOMSTON & BASGIER
2151 Highland Avenue S. Ste. 310
Birmingham, AL 35205
Telephone (205) 212-9700

Fax (205) 212-9701

The information in this e-mail and in any attachments are confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional, or other privilege, or may otherwise be protected by work product, immunity or other legal rules.
It must not be disclosed to any person without the sender's authority. If you are not the intended recipient, or are not authorized to receive it for the intended recipient, you are not authorized to, and must not, disclose, copy, distribute, or retain this message or any part of it.