FILED
2015 Apr-27 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NANCY SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF HUNTSVILLE, )<br>ALABAMA, et al., )<br>)<br>Defendants. ) | Civil Action Number<br>**5:14-cv-00555-AKK** |

## ORDER

This matter came before the court on a discovery conference related to Plaintiff's request for production numbers 14 and 16. As to request number 14, Defendants' objections are **OVERRULED** in part. Defendants are **ORDERED** to produce their investigation files on the complaints it has already produced for the years 2010-2013. Finally, as to request for production number 16, the court agrees with Defendants that Plaintiff failed to afford it sufficient notice and opportunity to resolve this issue without court intervention. Accordingly, Plaintiff's request to compel Defendants to produce the pertinent case narratives is **DENIED** at this juncture.

**DONE** the 27th day of April, 2015.

                                                                     **ABDUL K. KALLON**
                                                   UNITED STATES DISTRICT JUDGE