FILED
2015 Nov-22 PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit U



 ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

716 ARCADIA CIRCLE
HUNTSVILLE, ALABAMA 35801
(256) 539-1401
FACSIMILE (256) 533-2855

# REPORT OF AUTOPSY

| | | | |
|---|---|---|---|
| **CASE NO.:** | 13HV04615 | **DATE:** | June 20, 2013 |
| | | **TIME:** | 0847 hours |
| **NAME:** | N███ S███ S███ | **DATE OF DEATH:** | June 18, 2013 |
| **COUNTY:** | Madison | | |

**AGE:** 17 years    **RACE:** W    **SEX:** M    **LENGTH:** 73 inches    **WEIGHT:** 157 pounds

## FINAL DIAGNOSES

I. Anoxic/ hypoxic ischemic encephalopathy

II. Minor blunt force injuries
   A. Contusions of the face, oral mucosa, chest, left upper extremities and abdomen
   B. Abrasions of the oral mucosa, left ear and chest

III. Bilateral pulmonary congestion and edema (combined weight, 1240 grams)

IV. Acute and remote myocardial ischemia

V. Acute hepatitis

VI. Anasarca

VII. Tracheitis

**CAUSE OF DEATH:**    Undetermined

**MANNER OF DEATH:**   Undetermined

**COMMENT:** The decedent was reportedly involved in an incident with a police agency when he was subsequently placed in a neck restraint hold after he placed a plastic bag, containing a foreign substance, into his mouth. The decedent, following this event, became unresponsive. He was taken to Huntsville Hospital on June 13, 2013 where he remained until his death on June 18, 2013. The admission blood collected upon the decedent's arrival into the hospital had been discarded prior to the request for autopsy

F&B Law Firm, PC
D000345

examination. Therefore, the level of drugs in the decedent's system at the time of the incident cannot be determined. Because of the circumstances of this event, it is difficult to discern if the decedent died from a drug overdose or an asphyxial event exacerbated by either the occlusion of the airway by the foreign object, a possible vascular occlusion associated with the neck restraint, or from a combination of all of the events that transpired during this incident. Due to the circumstances presented in this case, the cause and manner of death are best classified as undetermined.

## EVIDENCE OF INJURY

A 1 by 5/16-inch green contusion is on the right frontotemporal region of the face. A focal hemorrhage is in the right frontotemporal region of the head, within the reflected scalpular tissue, and corresponds to the aforementioned injury. A 3/16 by 1/16-inch healing dark red abrasion is on the left posterior helix. Two punctate foci of hemorrhage are on the inferior right labial mucosa and a third punctate abrasion is on the inferior gingival mucosa near the frenulum. A 3/4 by 3/16-inch purple-red contusion is along the inferior gingival mucosa at the level of the inferior frenulum.

A 1 by 1/2-inch blue contusion is on the anterolateral upper right chest. A 5/8 by 3/16-inch red-brown healing abrasion is in the central anterior chest. A 1-3/4 by 1-1/2-inch cluster of red-blue contusions is in the right inferior abdominal quadrant.

A 1-7/8 by 1-1/4-inch cluster of red contusions is on the anterior left wrist. A 1 by 1/4-inch red contusion is on the posterior left wrist.

## EXTERNAL EXAMINATION

The following excludes any previously described injuries.

BODY HABITUS: The body is that of a normally developed, well-nourished, adolescent male, appearing the reported age of 17 years, with a weight of 157 pounds and a height of 73 inches.

CONDITION OF THE BODY: The body is cold to the touch with the presence of rigor mortis. Livor mortis is fixed on the posterior surface of the body, except in areas exposed to pressure. The body is well preserved and is not embalmed. The body is mildly edematous.

IDENTIFYING MARKS: No identifying marks are present.

HEAD AND FACE: The scalp is as previously described under Evidence of Injury and is covered with light brown hair measuring up to 3-1/4 inches in length. Facial hair consists of a mustache consisting of faint brown hair along the superior lip and a patch of faint brown hair inferior to the inferior lip.

EYES: The irides are blue; the pupils are slightly asymmetric. The right pupil is 6 millimeters in diameter and the left pupil is 5 millimeters in diameter. Crusted yellow material is in the lateral angle of the right eye. Focal yellow edematous sclerae are in both eyes. The conjunctivae are without hemorrhage or

F&B Law Firm, P.C.
D000346

petechiae.

NOSE: The nose is symmetrical, without acute trauma. The nasal bones and septum are palpably intact.

MOUTH: The lips are without laceration. The teeth are natural and in good condition.

EARS: The ears are symmetrical. The earlobes are not pierced.

NECK: The neck is symmetrically developed.

CHEST: The chest is symmetric and normal in shape.

ABDOMEN: The abdomen is symmetric and normal in shape.

EXTERNAL GENITALIA: The external genitalia are that of a circumcised male with dark brown pubic hair. The scrotum is edematous.

LOWER EXTREMITIES: The lower extremities have symmetric musculature and are mildly edematous, with no changes of chronic venous stasis. A 1-inch linear scar is on the right knee. A 5/8-inch scar is on the mid anterior right leg.

UPPER EXTREMITIES: The upper extremities have symmetric musculature, with no hesitation scars or needle tracks. The upper extremities are mildly edematous. The hands are atraumatic with short fingernails. A 1-1/2 by 1-inch scar is on the superior left shoulder. A 3 by 2-1/2-inch cluster of red markings is on the proximal anterior left forearm.

BACK AND ANUS: The anus and back are symmetric and developmentally normal.

## EVIDENCE OF MEDICAL INTERVENTION

A nasogastric tube is in the right nostril. An endotracheal tube is in the mouth and secured with an apparatus that encircles the head. An intravenous catheter is in the left lateral neck. Electrocardiogram leads are on the chest and abdomen. A blood pressure cuff encircles the right arm. A 1-1/4 by 1-inch cluster of red markings and vesicle formation is in the right antecubital fossa. An identification band encircles the right wrist. Intravenous catheters are in the lateral and anterior aspects of the right wrist. A cluster of needle puncture marks is on the mid anterolateral left arm. An intravenous catheter is also within this region of the left arm. Needle puncture marks are in the left antecubital fossa. Multiple needle puncture marks are on the posterolateral mid to distal left forearm. A needle puncture mark is in the posterior left hand. Multiple needle puncture marks are in the posterior right hand. Three needle puncture marks are widely spaced along the posterolateral aspect of the right forearm. A chest tube is in the left inferolateral chest. A temperature monitoring device is on the distal 3rd digit of the right hand.

A Foley catheter is in the bladder. Some white powdery substance is on the decedent's skin within the genital region. Two identification bands encircle the left ankle. Anti-embolism socks are on both lower extremities.

F&B Law Firm, P.C.
D000347

## INTERNAL EXAMINATION

The following excludes any previously described injuries.

**SEROSAL CAVITIES:** No adhesions are in the pericardial, pleural, or peritoneal cavities. An insignificant amount of clear free fluid is in the body cavities. The organs are in normal anatomic position.

**CENTRAL NERVOUS SYSTEM:** A focal scalpular hemorrhage is within the frontotemporal region of the right side of the head as previously described. No epidural or subdural hemorrhage is associated with the tan-white dura. The 1720 gram brain is covered with thin, transparent meninges with no hemorrhage or exudate. The vessels of the vertebrobasilar and circle of Willis arterial systems have a standard symmetric configuration with no atherosclerosis or aneurysms. The cerebral gyri have a normal developmental configuration and are diffusely edematous. The brain is diffusely softened. The cerebral cortical ribbon has uniform normal thickness and the gray-white junction is distinct. The major deep nuclei, mamillary bodies, and hippocampi are symmetric and unremarkable. The ventricular system is slightly compressed. The cerebellar folia are normally formed with no sclerosis or atrophy. The cerebellar white matter and dentate nuclei are unremarkable. The brainstem nuclei and white matter tracts are unremarkable.

**ORGANS OF THE NECK:** The neck is examined in a layered dissection. The anterior cervical strap muscles and sternocleidomastoid muscles are free of contusions. The carotid sheaths are intact and without hemorrhage. The laryngeal cartilages and hyoid bone are intact. The laryngeal mucosa is smooth, pink-white with no petechiae or ulcerations. The epiglottis is thin and delicate.

**CARDIOVASCULAR SYSTEM:** The 340 gram heart has a smooth, glistening epicardium with a mild amount of adipose tissue. The coronary arteries arise from their usual positions within the respective sinuses of Valsalva. The coronary arteries have mild, insignificant atherosclerotic changes. The myocardium is uniformly red-brown with no fibrosis, hemorrhage, softening, or other focal lesions. The left and right ventricular free walls average 1.4 centimeters and 0.5 centimeter in thickness, respectively. The papillary muscles and chordae tendineae are intact. The valve cusps and leaflets are thin and delicate. The aorta is smooth and intact. The vena cava and its major tributaries return to the heart in the usual distribution and are unremarkable.

**RESPIRATORY SYSTEM:** The right and left lungs are 620 grams each. The pleural surfaces are pink-red, smooth and glistening with no obvious anthracosis. The pulmonary parenchyma is diffusely dark red, congested and edematous, exuding moderate amounts of bloody fluid. No focal lesions, consolidation or exudate is evident. The tracheobronchial tree is lined with a pink-white smooth mucosa. No foreign substance is within the tracheobronchial tree. Red-tinged fluid and mild mucus are within the tracheobronchial tree. The pulmonary vasculature is normally developed and the pulmonary vessels are thin, delicate, and free of atherosclerosis and thromboemboli.

**GASTROINTESTINAL SYSTEM:** The esophagus is intact. The gastroesophageal junction is well demarcated with no varices. The stomach contains approximately 50 milliliters of tan-green slightly thickened liquid. The gastric mucosa is tan-pink and has the usual rugal folds. The small and large intestines occupy their usual positions within the peritoneal cavity and are unremarkable. The appendix is

F&B Law Firm, P.C.
D000348

present and unremarkable.

HEPATOBILIARY SYSTEM: The 1700 gram liver has a smooth, translucent, glistening capsule. The hepatic parenchyma is red-brown to tan and lobular with no visible or palpable fibrosis. The gallbladder contains sludge-like dark green bile without stones. The mucosa is smooth and velvety. The gallbladder wall is thin and delicate.

GENITOURINARY SYSTEM: The right and left kidneys are 180 grams each. The subcapsular cortical surfaces are smooth and red-brown, with no granularity or scars. The corticomedullary junction is well demarcated. The renal calyces, pelves, and ureters follow their course to the bladder and are not dilated. The bladder is empty. The testes and prostate gland are unremarkable. The peritesticular tissue is edematous.

ENDOCRINE SYSTEM: The thyroid gland has a normal shape and size with a uniform red-brown parenchyma. The parathyroid glands are inconspicuous. The adrenal cortices are golden-yellow and have a normal uniform thickness. The medullae are thin, tan-brown, and uniform. The pancreas has a normal shape with uniform, tan-pink rubbery, lobular parenchyma.

MUSCULOSKELETAL SYSTEM: The skull, vertebral column, and ribs are intact with no fractures. The pelvis and long bones of the extremities are palpably intact with no fractures. The skeletal muscle is uniformly red-brown.

IMMUNOLOGIC SYSTEM: The 220 gram spleen has an intact capsule. The parenchyma is dark red with inconspicuous white pulp. The regional lymph nodes are unremarkable.

## ANCILLARY STUDIES

TOXICOLOGY: Samples of vitreous fluid, blood and liver are collected and held.

MICROSCOPIC EXAMINATION: Five H&E stained slides are reviewed.

Heart (1-2): Foci of lost cardiomyocyte nuclear detail; foci of intraparenchymal hemorrhage; rare foci of intraparenchymal lymphocytic aggregates with associated cardiomyocyte degeneration; small foci of granulation tissue are scattered about the areas of infarct, primarily near its periphery; no polarizable crystals

Liver (1): Diffuse, periportal lymphocytic inflammation continuous with branching inflammation; microvesicular steatosis

Kidneys (2): Vascular congestion; no inflammation or hemorrhage; no polarizable crystals

Pancreas (2): No obvious Islets of Langerhans present; no polarizable crystals

Spleen (2): Macrophages containing ingested cells (emperipolesis); no polarizable crystals

F&B Law Firm, P.C.
D000349

Case #   13HV04615
Name     NICHOLAS ANDREW SMITH

Lungs (3-4): Vascular congestion; foci of extravasated red blood cells; numerous reactive type II pneumocytes; scattered occasional mutilnucleated giant cells; scattered foamy macrophages, macrophages containing anthracotic pigment and macrophages containing brown pigment (heart failure cells); no polarizable crystals

Thyroid/ Trachea (4): Tracheal lymphoplasmacytic inflammation and reactive cells of the lamina propria; thyroid gland is without histopathologic changes; no polarizable crystals

Brain (5): Vacuolated neuropil; the hippocampal neurons are slightly pyknotic; no polarizable crystals

## LOGISTICS

AUTHORIZATION: Code of Alabama (1975) Section 36-18-2; Robert Broussard, District Attorney.

IDENTIFICATION: The body was identified by Madison County Coroner Craig Whisenant to ADFS Forensic Investigator, Robert Griffith.

PERSONS PRESENT: Gerald Howard, Pathology Technician, Brandi Abbott, Laborer and ADFS Forensic Investigator, Tim Brown, are present during the autopsy.

EVIDENCE: Photographs, fingerprints, blood, liver and vitreous for toxicology and specimens for forensic biology are obtained.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

_____
Valerie Green, MD
Medical Examiner

January 27, 2014
Date Signed

VSG/kv/kvn/pab

F&B Law Firm, P.C.
D000350